1
2
3
4
5
6
7

8

## UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11  STEAM LOGISTICS, LLC,

12          Plaintiff,

13      v.

14  TACTICAL TRANSPORT, LLC,

15          Defendants.

16

Case No.: 1:20-CV-01670 AWI JLT

ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE
(Doc. 8)

17      The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil

18  Procedure Rule 41(a)(1(A)(1).  (Doc. 9) Accordingly, the Clerk of Court is DIRECTED to close this

19  action.

20

21  IT IS SO ORDERED.

22      Dated:   __December 7, 2020__          _____/s/ Jennifer L. Thurston__

23                                            UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28

1