# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEAM LOGISTICS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TACTICAL TRANSPORT, LLC,<br><br>　　　　　Defendants. | Case No.: 1:20-CV-01670 AWI JLT<br><br>AMENDED ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br>(Doc. 8) |

The plaintiff has filed a voluntary dismissal without prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1).  (Doc. 9) Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

　　Dated:  **December 9, 2020**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1